WEAVER *et al. v.* BANK OF BOWERSVILLE.

GILBERT, J. The court did not err in refusing to grant a permanent injunction, the hearing being a preliminary one.

*Judgment affirmed. All the Justices concur.*

NOVEMBER 17, 1916.

Petition for injunction. Before Judge Worley. Hart superior court. July 7, 1916.

*J. S. Haley,* for plaintiffs.

*W. L. Hodges* and *A. G. & Julian McCurry,* for defendant.